**Aubrey J. EL, Plaintiff-Appellant,**

v.

**U.S. DEPARTMENT OF COMMERCE, Honorable Penney Pritzker, Secretary; Admiral David Score, Director, National Oceanic and Atmospheric Administration, Office of Marine Aviation Operations; Captain Anne Lynch, Commanding Officer National Oceanic and Atmospheric Administration Marine Operations-Atlantic, Defendants-Appellees.**

No. 16-2071

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: February 27, 2017

Aubrey J. El, Appellant Pro Se.

Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aubrey J. El appeals the district court's order dismissing his civil action related to termination of his federal employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El v. U.S. Dep't of Commerce, No. 2:15-cv-00532-RGD-DEM (E.D. Va. July 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED